# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

STEVEN D. BLUM,

    Plaintiff,

v.

KISS INDUSTRIES, LLC, a Colorado limited liability company,

    Defendant.

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL
_____

### INTRODUCTORY STATEMENT

1. This is an action for the collection of a debt owed by Defendant Kiss Industries, LLC, to Plaintiff Steven D. Blum, pursuant to a $200,000.00 unsecured convertible promissory note (the "Promissory Note"). Although the Promissory Note matured on December 20, 2020, Defendant has refused to repay Plaintiff according to its terms. Plaintiff therefore seeks a judgment from this Court requiring Defendant to pay Plaintiff the outstanding principal and accrued interest on the Promissory Note, together with Plaintiff's costs and all other relief the Court deems just and proper.

### JURISDICTION AND VENUE

2. Federal diversity jurisdiction exists pursuant to 28 U.S.C. § 1332. Plaintiff is a Minnesota resident. Defendant is a Colorado limited liability company with its principal place of business in Denver, Colorado. The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

3. Venue in the District of Colorado is proper pursuant to 28 U.S.C. § 1391 because Defendant is located in this District and a substantial part of the events or omissions on which the claims asserted herein are based occurred in this District.

**PARTIES**

4. Plaintiff Steven D. Blum is a resident of Minnesota.

5. Defendant Kiss Industries, LLC, is a Colorado limited liability company with its principal address located at 3222 East 1st Avenue, # 329, Denver, Colorado 80206.

**STATEMENT OF FACTS**

9. On December 20, 2016, Plaintiff invested $200,000.00 in Defendant Kiss Industries. Plaintiff's investment is evidenced by an Unsecured Convertible Promissory Note dated December 20, 2016 in the principal amount of $200,000.00 issued to Plaintiff pursuant to a Note Purchase Agreement dated December 20, 2016 (the "Purchase Agreement"). The Promissory Note matured on December 20, 2020 (the "Maturity Date"). The Promissory Note is attached to this Complaint as Exhibit A, and the Purchase Agreement is attached to this Complaint as Exhibit B.

10. Pursuant to the Promissory Note, Defendant's obligation may be converted, at the option of Plaintiff, into equity of Defendant Kiss Industries on the Maturity Date of the Promissory Note. Plaintiff did not elect on or before the Maturity Date to convert the obligation into equity. Thus, the Promissory Note remains outstanding and payable in accordance with its terms.

11. By letter from counsel dated December 14, 2020, addressed to Defendant Kiss Industries and Cole T. Evans, Defendant's Chief Executive Officer, Plaintiff demanded that Defendant pay in full on the Maturity Date the outstanding principal of and

all accrued interest on the Promissory Note. In that letter, Plaintiff advised Defendant that if Defendant failed to pay the Promissory Note on the Maturity Date, Plaintiff would exercise all rights and remedies available at law and in equity to collect Defendant's indebtedness, as well as all costs of collection. Plaintiff's letter is attached to this Complaint as Exhibit C.

12. Defendant failed to pay the indebtedness or to communicate in any way with Plaintiff regarding Plaintiff's demand for payment of the Promissory Note.

## **FIRST CLAIM FOR RELIEF**
### **(Breach of Contract)**

13. Plaintiff hereby incorporates paragraphs 1–12 above as though fully set forth herein.

14. The Promissory Note is a valid and enforceable contract between Plaintiff and Defendant under Colorado law. *See* Exh. A.

15. Defendant breached the Promissory Note by failing to repay Plaintiff his full investment plus contractual interest on or before the Maturity Date of December 20, 2020.

16. Plaintiff has at all times complied with all of his obligations under the Promissory Note.

17. Plaintiff has provided Defendant notice and an opportunity to cure its breach, but Defendant has made no effort to do so. *See* Exh. C.

18. As a result of Defendant's breach, Plaintiff has suffered actual damages, including, but not limited to, the loss of his principal investment of $200,000, the loss of contractual interest under the Promissory Note, and the costs of pursuing repayment, including attorneys' fees incurred in the prosecution of this suit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Steven D. Blum prays for relief on his claim as follows:

(a)  Monetary damages to include all principal and interest due under the Promissory Note;

(b)  Costs and attorneys' fees recoverable by statute;

(c)  Pre- and post-judgment interest; and

(d)  Such further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED this 15th day of January, 2021.

*s/ Angela C. Tarasi*
**Angela C. Tarasi**
King & Spalding LLP
1400 16th Street
16 Market Square
Suite 400
Denver, CO 80202
Telephone: (720) 535-2300
E-mail: atarasi@kslaw.com

Attorney for Plaintiff Steven D. Blum