IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00144-LTB

STEVEN D. BLUM,

    Plaintiff,

v.

KISS INDUSTRIES, LLC, a Colorado limited liability company,

    Defendant.

## DEFAULT JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 54(b) and the Order of Default Judgment entered by United States District Judge Lewis T. Babcock on November 5, 2021, it is

ORDERED that Plaintiff Steven D. Blum's Motion for Default Judgment is GRANTED. It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiff Steven D. Blum and against Defendant KISS Industries, LLC. It is

FURTHER ORDERED that Defendant and its principals, officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents and all others acting in active concert are liable to Plaintiff for breach of the parties' December 20, 2016 Unsecured Convertible Promissory Note and Note Purchase Agreement. It is

FURTHER ORDERED that Plaintiff is entitled to monetary damages in the amount of $200,000.00, plus 8% interest per annum until the date of judgment. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 0.14%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

Dated at Denver, Colorado this 5th day of November, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk